JOHN J. GREED et al., Appellants, *v.* EDMUND J. ROCHE et al., Respondents.

(Submitted February 27, 1934; decided March 13, 1934.)

*Robert E. Whalen* for appellants.

*Daniel H. Prior* for Mary T. McShane et al., respondents.

Judgment affirmed; with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS and CROUCH, JJ. Not sitting: KELLOGG, J.